FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 15 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

05-CV-00328-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JEANETTE ABOUELNOUR,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C05-0328-JLR<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES the decision of the Commissioner of Social Security and REMANDS for an award of benefits.

DATED this 14th day of November, 2005.

JAMES L. ROBART
United States District Judge

ORDER